# Return

| Case No.: 1:16mj220 | Date and time warrant executed: 12/14/2016 0:00 am | Copy of warrant and inventory left with: Jessica Martinez |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

2004 H2 Hummer with VIN 5GRGN23U14H122463. Seized from 5807 S. Cree Drive Spokane, Washington by TFO Rick Taylor.

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JAN - 5 2017

JULIA C. DUDLEY, CLERK
BY: /s/ A. Blaylock
DEPUTY CLERK

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/5/17

_Executing officer's signature_

Christopher L Parks, DEA TFO
_Printed name and title_

Returned to me this 5th day of January, 2017.

Pamela Meade Sargent
USMJ